[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 28, 2011
JOHN LEY
CLERK

No. 10-10647
Non-Argument Calendar
_____

D.C. Docket No. 2:09-cr-00017-JES-DNF

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM HAMILTON WILSON,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida
_____

(February 28, 2011)

Before TJOFLAT, PRYOR and KRAVITCH, Circuit Judges

PER CURIAM:

Mark. G. Rodriguez, appointed counsel for William Hamilton Wilson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Wilson's conviction and sentence are **AFFIRMED**.